The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLA ESTATE SERVICES, INC., AND CLA USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington,<br><br>Defendant. | No. 2:18-cv-00543<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND INITIAL SCHEDULING DATES<br><br>**NOTE ON MOTION CALENDAR:** [SAME DAY] |

## STIPULATION

Pursuant to LCR 7(d)(1) and 10(g), the parties file this stipulated motion to extend the initial scheduling dates the Court ordered set on April 26, 2018. *See* Dkt. #6. Good cause supports granting an extension of these scheduling dates because Defendant Robert W. Ferguson is filing a motion to dismiss that will be noted for consideration in June 2018, and that is potentially dispositive as to Plaintiffs' claims in this action. The Court's ruling on Defendant's motion to dismiss will determine whether Plaintiffs' claims will proceed and what discovery will be required in the action—the subject of the Joint Status Report and Discovery Plan that the parties are required to submit to the Court under Rule 26(f). Dkt. #6.

STIPULATED MOT. AND [PROPOSED] ORDER TO EXTEND INITIAL SCHEDULING DATES (2:18-cv-00543-JLR) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745

To allow the Court to consider and rule on Defendant's motion to dismiss, the parties request that the Court extend its scheduling dates until after the Court rules on the Defendant's motion to dismiss.

## ORDER

The Court finds that good cause supports extending the initial scheduling dates as stipulated to allow for consideration of Defendant's potentially dispositive motion to dismiss.

IT IS SO ORDERED.

DATED this 11th day of May, 2018.

_____
The Honorable James L. Robart
United States District Judge

| Presented By: | Agreed to, Approved For Entry, and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | CLA ESTATE SERVICES INC. and CLA USA INC. |
| *s/ Trisha L. McArdle*<br>Trisha L. McArdle, WSBA #16371<br>Senior Counsel<br>Attorneys for Defendant | *s/ David J. Elkanich*<br>David J. Elkanich, WSBA #35956<br>Holland and Knight LLP<br>Attorney for Plaintiffs |

STIPULATED MOT. AND [PROPOSED] ORDER TO EXTEND INITIAL SCHEDULING DATES (2:18-cv-00543-JLR) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745